NO. 07-01-0162-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 10, 2001

______________________________

JORGE LUIS MUNOS AND ALL OCCUPANTS, APPELLANTS

V.

HOMESIDE LENDING, INC., APPELLEE

_________________________________

FROM THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY;

NO. 737,906-001; HONORABLE R. JACK CAGLE, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On February 20, 2001, Notice of Appeal was filed with the Clerk of the County Civil Court Number One of Harris County, Texas, of and on behalf of appellant Jorge Luis Munos.  By letter dated March 22, 2001, the appellate clerk advised counsel that a filing fee had not been received.
  
The filing fee was not paid.  
By letter dated April 18, 2001, the appellate clerk advised counsel for appellant that a filing fee had not been paid, and that unless the filing fee was paid within ten days of the date of the letter, the appeal would be subject to dismissal.  
See
 
Tex. R. App. P
. 5.

The filing fee has not been paid.  Accordingly, this appeal is dismissed.  
Tex. R. App. P
. 42.3.

Phil Johnson

     Justice

Do not publish.